

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00587-CV

**ESSEX INSURANCE COMPANY**,
Appellant

v.

Rafael **ZUNIGA**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-13-112-A
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the parties who incurred them.

SIGNED October 7, 2015.

_____
Rebeca C. Martinez, Justice